United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tonya L. Robinson  
    Debtor

Case No. 14-16540-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Dec 22, 2016  
                        Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2016.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13462163       E-mail/Text: bankruptcy.bnc@ditech.com Dec 23 2016 02:07:49     Green Tree Servicing, LLC,  
        P.O. Box 6154,   Rapid City, SD 57709-6154,   Telephone number: 888-298-7785
                                                                                                                                    TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2016 at the address(es) listed below:
        ANDREW  SPIVACK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com  
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    Green Tree Servicing LLC bnicholas@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        CHRISOVALANTE  FLIAKOS    on behalf of Creditor    Christiana Trust, A Division Of Wilmington  
         Savings Fund Society, FSB etal paeb@fedphe.com  
        DAVID M. OFFEN    on behalf of Debtor Tonya L. Robinson dmo160west@gmail.com,  
         davidoffenecf@gmail.com  
        JASON BRETT SCHWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union  
         jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com  
        JEROME B. BLANK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com  
        JEROME B. BLANK    on behalf of Creditor    Christiana Trust, A Division Of Wilmington Savings Fund  
         Society, FSB etal paeb@fedphe.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a  
         Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust  
         bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        MARIO J. HANYON    on behalf of Creditor    Christiana Trust, A Division Of Wilmington Savings Fund  
         Society, FSB etal paeb@fedphe.com  
        THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana  
         Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust  
         tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,  
         philaecf@gmail.com  
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                             TOTAL: 13

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-16540-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Tonya L. Robinson
230 East Ellet Street
Philadelphia PA 19119

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/22/2016.

Name and Address of Alleged Transferor(s):

Claim No. 10: Green Tree Servicing, LLC, P.O. Box 6154, Rapid City, SD 57709-6154,
Telephone number: 888-298-7785

Name and Address of Transferee:

Wilimington Savings Funs Society, FSB
P.O.Box 52708, Irving CA 92619

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  12/24/16

Tim McGrath
**CLERK OF THE COURT**