**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tonya L. Robinson<br>_Debtor_<br><br>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust<br>_Movant_<br>v.<br>Tonya L. Robinson<br>_Debtor_<br>and<br>William C. Miller<br>_Trustee_ | Chapter 13<br><br>NO. 14-16540 AMC |

**ORDER**

AND NOW, this **15th** day of **May**, 2017 upon the filing of a Certification of Default by the Movant, in accordance with the Stipulation between the Movant and the Debtor that was approved by this Court on April 24, 2015 (Document No. 44), it is ORDERED AND DECREED that:

The automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code (the Bankruptcy Code), as amended, is modified to allow Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, or its successor or assignee, to continue or commence mortgage foreclosure proceedings against the premises at 230 East Ellet Street Philadelphia, PA 19119, and to proceed with execution of judgment, among other remedies including but not limited to taking the property to Sheriff's Sale.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
Ashely M. Chan
United States Bankruptcy Judge

cc: See attached service list

Tonya L. Robinson
230 East Ellet Street
Philadelphia, PA 19119

William C. Miller, Esq., Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

David M. Offen Esq.
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532