United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-16540-amc
Tonya L. Robinson                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: JeanetteG        Page 1 of 1        Date Rcvd: May 15, 2017
                            Form ID: pdf900        Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2017.
db           +Tonya L. Robinson,   230 East Ellet Street,   Philadelphia, PA 19119-1804
cr            ECMC,  P.O. BOX 16408,   ST. PAUL, MN  55116-0408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov May 16 2017 01:11:54     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 16 2017 01:11:30
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 16 2017 01:11:43     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           +E-mail/PDF: ais.exeter.ebn@americaninfosource.com May 16 2017 01:07:28     Exeter Finance Corp.,
               c/o Ascension Capital Group,   P.O. Box 201347,   Arlington, TX 76006-1347
cr            E-mail/PDF: gecsedi@recoverycorp.com May 16 2017 01:07:32     Synchrony Bank,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2017 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor   Green Tree Servicing LLC paeb@fedphe.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor   Green Tree Servicing LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISOVALANTE  FLIAKOS    on behalf of Creditor   Christiana Trust, A Division Of Wilmington
               Savings Fund Society, FSB etal paeb@fedphe.com
              DAVID M. OFFEN    on behalf of Debtor Tonya L. Robinson dmo160west@gmail.com,
               davidoffenecf@gmail.com
              JASON BRETT SCHWARTZ    on behalf of Creditor   Philadelphia Federal Credit Union
               jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
              JEROME B. BLANK    on behalf of Creditor   Christiana Trust, A Division Of Wilmington Savings Fund
               Society, FSB etal paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor   Green Tree Servicing LLC paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor   Christiana Trust, A Division Of Wilmington Savings Fund
               Society, FSB etal paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 14

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tonya L. Robinson <br> <u>Debtor</u> <br><br> Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust <br> <u>Movant</u> <br> v. <br> Tonya L. Robinson <br> <u>Debtor</u> <br> and <br> William C. Miller <br> <u>Trustee</u> | Chapter 13 <br><br> NO. 14-16540 AMC |

**ORDER**

    AND NOW, this  15th  day of  May , 2017 upon the filing of a Certification of Default by the Movant, in accordance with the Stipulation between the Movant and the Debtor that was approved by this Court on April 24, 2015 (Document No. 44),  it is ORDERED AND DECREED that:

    The automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code (the Bankruptcy Code), as amended, is modified to allow Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, or its successor or assignee, to continue or commence mortgage foreclosure proceedings against the premises at 230 East Ellet Street Philadelphia, PA 19119, and to proceed with execution of judgment, among other remedies including but not limited to taking the property to Sheriff's Sale.

    The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

                                                                       Ashely M. Chan <br>
                                                                       United States Bankruptcy Judge

cc: See attached service list

Tonya L. Robinson
230 East Ellet Street
Philadelphia, PA 19119

William C. Miller, Esq., Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

David M. Offen Esq.
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532