United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Tonya L. Robinson
    Debtor

Case No. 14-16540-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Sep 11, 2017
                          Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2017.
13388146      +Exeter Finance Corp.,   P.O. Box 167399,   Irving, TX 75016-7399

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2017                                                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2017 at the address(es) listed below:
      ANDREW  SPIVACK    on behalf of Creditor   Green Tree Servicing LLC paeb@fedphe.com
      BRIAN CRAIG NICHOLAS    on behalf of Creditor   Green Tree Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      CHRISOVALANTE  FLIAKOS    on behalf of Creditor   Christiana Trust, A Division Of Wilmington Savings Fund Society, FSB etal paeb@fedphe.com
      DAVID M. OFFEN    on behalf of Debtor Tonya L. Robinson dmo160west@gmail.com, davidoffenecf@gmail.com
      JASON BRETT SCHWARTZ    on behalf of Creditor   Philadelphia Federal Credit Union jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
      JEROME B. BLANK    on behalf of Creditor   Green Tree Servicing LLC paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor   Christiana Trust, A Division Of Wilmington Savings Fund Society, FSB etal paeb@fedphe.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      MARIO J. HANYON    on behalf of Creditor   Christiana Trust, A Division Of Wilmington Savings Fund Society, FSB etal paeb@fedphe.com
      MATTEO SAMUEL WEINER    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                                              TOTAL: 14

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-16540-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Tonya L. Robinson
230 East Ellet Street
Philadelphia PA 19119

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/11/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: Exeter Finance Corp., P.O. Box 167399, Irving, TX   75016 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    09/13/17

Tim McGrath
**CLERK OF THE COURT**