Certificate Number: 12433-PAE-DE-032975482

Bankruptcy Case Number: 14-16540



12433-PAE-DE-032975482

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 14, 2019, at 10:31 o'clock PM EDT, Tonya L. Robinson completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 16, 2019             By:     /s/Lance Brechbill

                                  Name:   Lance Brechbill

                                  Title:  Teacher