IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Tonya L. Robinson | : | No. 14-16540-AMC |
| Debtor | : | |

O R D E R

AND NOW, this 30th day of September, 2019, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE ASHELY M CHAN
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Tonya L. Robinson

PAYROLL CONTROLLER
Germantown Home
6970 Germantown Avenue
Philadelphia, PA 19119