United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 14-16540-amc
Tonya L. Robinson                                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore           Page 1 of 2              Date Rcvd: Oct 01, 2019
                              Form ID: pdf900           Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2019.
db           +Tonya L. Robinson,    230 East Ellet Street,    Philadelphia, PA 19119-1804
cr            ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
             +Payroll Controller,    Germantown Home,    6970 Germantown Avenue,    Philadelphia, Pa 19119-2114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Oct 02 2019 03:54:01      City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 02 2019 03:53:35
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 02 2019 03:53:47      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/PDF: resurgentbknotifications@resurgent.com Oct 02 2019 03:46:27      CACH, LLC,
               PO Box 10587,   Greenville, SC 29603-0587
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 02 2019 03:45:17      Exeter Finance Corp.,
               c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 02 2019 03:45:19
               PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr            E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2019 03:44:33      Synchrony Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2019                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2019 at the address(es) listed below:
              ANDREW SPIVACK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Green Tree Servicing LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISOVALANTE FLIAKOS    on behalf of Creditor    Christiana Trust, A Division Of Wilmington
               Savings Fund Society, FSB etal paeb@fedphe.com
              DAVID M. OFFEN    on behalf of Debtor Tonya L. Robinson dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union
               jschwartz@mesterschwartz.com
              JEROME B. BLANK    on behalf of Creditor    Christiana Trust, A Division Of Wilmington Savings Fund
               Society, FSB etal paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    Christiana Trust, A Division Of Wilmington Savings Fund
               Society, FSB etal paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

```
District/off: 0313-2          User: JEGilmore         Page 2 of 2              Date Rcvd: Oct 01, 2019
                              Form ID: pdf900         Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
             WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
              philaecf@gmail.com
             WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                               TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Tonya L. Robinson | : | No. 14-16540-AMC |
| Debtor | : | |

O R D E R

AND NOW, this 30th day of September, 2019, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE ASHELY M CHAN
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Tonya L. Robinson

PAYROLL CONTROLLER
Germantown Home
6970 Germantown Avenue
Philadelphia, PA 19119