United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-16540-amc
Tonya L. Robinson                                                     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore          Page 1 of 3                Date Rcvd: Dec 18, 2019
                            Form ID: 138NEW          Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2019.
```
db             +Tonya L. Robinson,    230 East Ellet Street,    Philadelphia, PA 19119-1804
13368391       +Aes/Suntrust,    Po Box 61047,    Harrisburg, PA 17106-1047
13368392       +Blmdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13368393        Borough of Clifton Heights - Tax Collect,    CL #5205,    P.O. Box 95000,
                 Philadelphia, PA 19195-5205
13368394       +Bureau Of Accounts Con,    Po Box 538,    Howell, NJ 07731-0538
13368397      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
                 (address filed with court: Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202)
13368396       +Caliber Home Loans, In,    Po Box 24610,    Oklahoma City, OK 73124-0610
13455169       +Chestnut Hill Hospital c/o PASI,    PO Box 188,    Brentwood, TN 37024-0188
13368398        City of Philadelphia,    Code Violation Enforcement,    P.O. Box 56318,
                 Philadelphia, PA 19130-6318
13368399       +Clear Spring Loan Serv,    7668 Warren Pkwy Ste 325,    Frisco, TX 75034-4161
13568347       #+Clearspring Loan Services, Inc,    18451 North Dallas Parkway Suite 100,    Dallas, TX 75287-5209
13610682        ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13368401       +GRB Law,    1425 Spruce Street, Suite 100,    Philadelphia, PA 19102-4578
13368405       +Lhr Inc,    1 Main St,    Hamburg, NY 14075-4930
13368408       +Montgomery Medical Equipment Company,    122 Mill Road Suite A130,    Phoenixville, PA 19460-1412
13368409       +Northland Group, Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
13412087       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
13368411        Phelan Hallinan, LLP,    One Penn Center Plaza,    1617 John F. Kennedy Blvd. Suite 1400,
                 Philadelphia, PA 19103-1814
13368412        Phila Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
13368413       +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
13374589       +Philadelphia Federal Credit Union,    12800 Townsend Road,    Philadelphia, PA 19154-1095
13368417        Professional Account Services, Inc.,    PO Box 188,    Brentwood, TN 37024-0188
13368420       +Scott Lowery Law Office, P.C.,    1422 E 71st St,    Suite B,    Tulsa, OK 74136-5060
13368422       +Strategic Recovery Group,    7668 Warren Parkway, Suite 325,    Frisco, TX 75034-4161
13368423       +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13368424        Treasurer of Delaware County,    PO Box 1886,    Media, PA 19063-8886
13839905        Wilimington Savings Funs Society, FSB,    P.O.Box 52708, Irving CA 92619
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Dec 19 2019 03:36:47      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 19 2019 03:36:42      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 19 2019 03:43:30
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr              E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2019 03:43:06      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13456230        E-mail/Text: megan.harper@phila.gov Dec 19 2019 03:36:47      City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13368395        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 19 2019 03:43:15      Cach, Llc,
                 PO Box 10587,    Greenville, SC 29603-0587
13368400       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Dec 19 2019 03:42:53      Exeter Finance Corp,
                 P,O. Box 166008,    Irving, TX 75016-6008
13388146       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Dec 19 2019 03:43:31      Exeter Finance Corp.,
                 P.O. Box 167399,    Irving, TX 75016-7399
13374461       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 19 2019 03:43:10      Exeter Finance Corp.,
                 c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
13407359       +E-mail/Text: bankruptcy@mfgokc.com Dec 19 2019 03:35:56      First National Credit Card,
                 c/o Millennium Financial group,    5770 NW Expressway Suite #102,
                 Oklahoma City, OK 73132-5238
13368404        E-mail/Text: bankruptcy.bnc@ditech.com Dec 19 2019 03:36:05
                 Green Tree Bankruptcy Department,    PO Box 6154,    Rapid City, SD 57709
13462163        E-mail/Text: bankruptcy.bnc@ditech.com Dec 19 2019 03:36:05      Green Tree Servicing, LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154,    Telephone number: 888-298-7785
13368406       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 19 2019 03:36:30      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13368407       +E-mail/Text: bankruptcy@mfgokc.com Dec 19 2019 03:35:56      Millennium Financial G,
                 5770 Nw Expressway Ste 1,    Warr Acres, OK 73132-5238
13368410       +E-mail/Text: bankruptcygroup@peco-energy.com Dec 19 2019 03:36:05      PECO,
                 2301 Market Street,    Philadelphia, PA 19103-1380
13429542        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 19 2019 03:43:11
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13393449        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 19 2019 03:36:16
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
13368414       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 19 2019 03:43:32
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
```

```
District/off: 0313-2           User: JEGilmore            Page 2 of 3            Date Rcvd: Dec 18, 2019
                               Form ID: 138NEW            Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13368418       +E-mail/Text: bankruptcynotices@pch.com Dec 19 2019 03:36:05      Publishers Clearing House,
                 101 Winners Circle,    Port Washington, NY 11050-2218
13466905        E-mail/PDF: rmscedi@recoverycorp.com Dec 19 2019 03:43:13
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13368419       +E-mail/Text: bankruptcy@rentacenter.com Dec 19 2019 03:37:14      Rent-A-Center,
                 3110 W. Cheltenham Avenue,    Philadelphia, PA 19150-1101
13368421       +E-mail/Text: bkteam@selenefinance.com Dec 19 2019 03:36:02      Selene Finance,
                 P.O. Box 422039,   Houston, TX 77242-4239
13368425        E-mail/Text: megan.harper@phila.gov Dec 19 2019 03:36:47     Water Revenue Bureau,
                 1401 JFK Blvd.,   Philadelphia, PA 19102-1663
                                                                                             TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*             CACH, LLC,    PO Box 10587,   Greenville, SC  29603-0587
cr*             ECMC,   P.O. BOX  16408,    ST. PAUL, MN  55116-0408
cr*            +Exeter Finance Corp.,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
13368402*      +GRB Law,    1425 Spruce Street, Suite 100,    Philadelphia, PA 19102-4578
13368403*      +GRB Law,    1425 Spruce Street, Suite 100,    Philadelphia, PA 19102-4578
13981854*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541)
13368415*      +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13368416*      +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
                                                                                      TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2019 at the address(es) listed below:
```
              ANDREW  SPIVACK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Green Tree Servicing LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISOVALANTE  FLIAKOS    on behalf of Creditor    Christiana Trust, A Division Of Wilmington
               Savings Fund Society, FSB etal paeb@fedphe.com
              DAVID M. OFFEN    on behalf of Debtor Tonya L. Robinson dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union
               jschwartz@mesterschwartz.com
              JEROME B. BLANK    on behalf of Creditor    Christiana Trust, A Division Of Wilmington Savings Fund
               Society, FSB etal paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    Christiana Trust, A Division Of Wilmington Savings Fund
               Society, FSB etal paeb@fedphe.com
```

```
District/off: 0313-2          User: JEGilmore            Page 3 of 3                  Date Rcvd: Dec 18, 2019
                              Form ID: 138NEW            Total Noticed: 50
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com

        THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

        TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Tonya L. Robinson
    Debtor(s)

Bankruptcy No: 14−16540−amc
Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

    For The Court
    Timothy B. McGrath
    Clerk of Court

Dated: 12/18/19

75 − 74
Form 138_new