United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-16540-amc
Tonya L. Robinson                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore            Page 1 of 1              Date Rcvd: Jan 31, 2020
                              Form ID: 195               Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2020.
db         +Tonya L. Robinson,   230 East Ellet Street,   Philadelphia, PA 19119-1804
cr          ECMC,   P.O. BOX 16408,   ST. PAUL, MN 55116-0408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          E-mail/PDF: resurgentbknotifications@resurgent.com Feb 01 2020 03:47:57     CACH, LLC,
             PO Box 10587,   Greenville, SC 29603-0587
cr         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 01 2020 03:47:32     Exeter Finance Corp.,
             c/o Ascension Capital Group,   P.O. Box 201347,   Arlington, TX 76006-1347
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 01 2020 03:47:52
             PRA Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
cr          E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2020 03:47:51     Synchrony Bank,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2020 at the address(es) listed below:
          ANDREW SPIVACK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Green Tree Servicing LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          CHRISOVALANTE FLIAKOS    on behalf of Creditor    Christiana Trust, A Division Of Wilmington
           Savings Fund Society, FSB etal paeb@fedphe.com
          DAVID M. OFFEN    on behalf of Debtor Tonya L. Robinson dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          JASON BRETT SCHWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union
           jschwartz@mesterschwartz.com
          JEROME B. BLANK    on behalf of Creditor    Christiana Trust, A Division Of Wilmington Savings Fund
           Society, FSB etal paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          MARIO J. HANYON    on behalf of Creditor    Christiana Trust, A Division Of Wilmington Savings Fund
           Society, FSB etal paeb@fedphe.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Tonya L. Robinson : Case No. 14–16540–amc
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , January 31, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Ashely M. Chan
    Judge , United States Bankruptcy Court

79
Form 195